*Carter Tucker* for Wood et al., respondents in Nos. 661 and 711. Reported below: 164 F. 2d 4.

No. 696. GUINNESS *v.* UNITED STATES. Court of Claims. Certiorari denied. *Ellsworth C. Alvord* and *Floyd F. Toomey* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle* and *Sewall Key* for the United States.

No. 709. TUDRYCK ET UX. *v.* MARTIN, RECEIVER, ET AL.; and
No. 710. SMYL ET UX. *v.* MARTIN, RECEIVER, ET AL. Supreme Court of Michigan. Certiorari denied. *Harry J. Lippman* for petitioners in No. 709. *Robert C. Winter* for petitioners in No. 710. *Edward A. Bilitzke* for respondents. Reported below: 320 Mich. 99, 30 N. W. 2d 518.

Nos. 716 and 717. HAZELTINE CORPORATION *v.* KIRKPATRICK, U. S. DISTRICT JUDGE. C. C. A. 3d. Certiorari denied. *Arthur G. Connolly, Leonard A. Watson* and *Laurence B. Dodds* for petitioner. *Floyd H. Crews, Donald J. Overocker, Hugh M. Morris, S. Samuel Arsht* and *Charles M. Hogan* for respondent.

No. 720. COMMISSIONER OF INTERNAL REVENUE *v.* LEHMAN. C. C. A. 2d. Certiorari denied. *Solicitor General Perlman* for petitioner. *Ellsworth C. Alvord* and *Floyd F. Toomey* for respondent.

No. 725. ANDERSON *v.* COMMISSIONER OF INTERNAL REVENUE; and
No. 726. ANDERSON *v.* COMMISSIONER OF INTERNAL REVENUE. C. C. A. 7th. Certiorari denied. *Matthias*